UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BROOKE KLEVEN and CHRISTOPHER KLEVEN Individually and as Parents and Natural Guardians of HENDRIK KLEVEN, a Minor, JAMES KLEVEN, a Minor, Deceased, and NATALIE KLEVEN, a Minor, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> ST. JOSEPH COUNTY, JEFFREY DOWNEY, In His Official Capacity, JENNIFER STITSWORTH, In Her Official Capacity, CITY OF MISHAWAKA, CLAY TOWNSHIP, GREAT LAKES CAPITAL MANAGEMENT, LLC DBA CITY PLAZA, LLC, BRADLEY COMPANY, LLC and MOTOROLA SOLUTIONS, INC., <br><br> Defendants. | Removal from the St. Joseph Circuit Court <br> Cause No. 71C01-2111-CT-000437 <br><br><br><br> CAUSE NO. 3:21-cv-00961-JD-MGG |

## NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME

Defendant Clay Township, by counsel, pursuant to Northern District Local Rule 6-1(b), for its Notice of Automatic Initial Extension of Time to Respond to Plaintiffs' Complaint, state as follows:

1. Defendant was recently served with Plaintiffs' Complaint, and said Complaint was recently removed from state court.

2. The deadline to respond to Plaintiffs' Complaint following removal is **December 28, 2021**, and such deadline has not expired or previously been extended.

3. The extension does not interfere with case management plans, scheduled hearings, or other case deadlines.

4. Undersigned counsel attempted to contact Plaintiffs' counsel regarding the automatic extension of time to respond and did not receive a response prior to the filing of this Notice.

WHEREFORE, Defendant Clay Township, by counsel, respectfully prays this Court for an order granting them an additional 28 days, up to and including **January 25, 2022,** in which to respond to Plaintiffs' Complaint and for all other relief proper in the premises.

Respectfully submitted,

/s/ Jeb A. Crandall
Jeb A. Crandall, #26323-49
*One of the Attorneys for Defendant Clay Township*

Jeb A. Crandall, #26323-49
Christopher A. Farrington, #34006-49
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, Indiana 46250-4365
Phone: (317) 567-2222
Fax: (317) 567-2220
jeb@bleekedilloncrandall.com
drew@bleekedilloncrandall.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2021 a true and complete copy of the foregoing document was served electronically upon all counsel of record via email generated by the Court's ECF system to the following:

Molly M. Heber (34135-45)
JOHN M. MOLLOY LAW GROUP
177 N. State St., 3rd Floor

Chicago, IL 60601
molly@molloy-law.com
*Attorney for Plaintiff*

Peter J. Agostino
Stephanie L Nemeth
Tracey Steele Schafer
Anderson Agostino & Keller, P.C.,
131 S. Taylor Street, South Bend, IN 46601
agostino@aaklaw.com
nemeth@aaklaw.com
schafer@aaklaw.com
*Attorney for Defendants, St. Joseph County,
Jeffrey Downey and Jennifer Stitsworth*

John D. LaDue
Erin L. Hanig
SouthBank Legal: LaDue, Curran, Kuehn
100 E. Wayne Street, Suite 300
South Bend, IN 46601
jlaude@southbank.legal
ehanig@southbank.legal
*Attorneys for Defendant Motorola
Solutions, Inc.*

Austin T Kearney
Kevin W Kearney
Hunt Suedhoff Kalamaros LLP - SB/IN
205 W Jefferson Blvd Ste 300
PO Box 4156
South Bend, IN 46634-4156
akearney@hsk-law.com
kkearney@hsk-law.com
*Attorneys for Co-Defendant Bradley Company, LLC*

/s/ Jeb A. Crandall